IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ELECTRONICALLY FILED
Jan 24 2023
U.S. DISTRICT COURT
Northern District of WV

| | |
|---|---|
| **INTERSTATE REALTY CO.**, a Tennessee general partnership<br><br>Plaintiff,<br><br>v.<br><br>**WESTRIDGE COMMONS DEVELOPMENT, LLC**, a West Virginia limited liability Company<br><br>Defendant. | CIVIL ACTION NO. 1:23-CV-10 (Kleeh) |

## COMPLAINT

NOW COMES Plaintiff Interstate Realty Co., (hereinafter "Plaintiff" or "Interstate"), by its undersigned counsel, and for its Complaint against WestRidge Commons Development, LLC (hereinafter "Defendant" or "WestRidge") represents as follows:

### PARTIES

**1.** Plaintiff Interstate Realty Co. is a general partnership organized under the laws of Tennessee with its principal place of business in Bristol, Tennessee.

**2.** Defendant WestRidge Commons Development, LLC is a West Virginia limited liability company with its principal place of business in Morgantown, West Virginia.

### JURISDICTION AND VENUE

**3.** The matter in controversy exceeds, exclusive of interest and costs, $75,000. Plaintiff and Defendant are citizens of different states. Accordingly, subject-matter jurisdiction is properly predicated upon diversity of citizenship pursuant to 28 U.S.C. § 1332(a).

4. This Court has specific personal jurisdiction over Defendant because it is a West Virginia limited liability company and Plaintiff's cause of action arises out of Defendant's acts in the State of West Virginia.

5. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391 because Defendant is registered and authorized to transact business in this District and is subject to personal jurisdiction in this District. In addition, the Agreement giving rise to the claims was executed within this District and a substantial part of the events or omissions giving rise to the claim occurred within this District.

## FACTS

6. Interstate Realty Co. is in the business of identifying and marketing to potential retail tenants for commercial real estate developments.

7. WestRidge is in the business of real estate development and has developed a mixed-use development, which includes a retail complex located at Interstate I-79, Exit 153, Westover, Monongalia County, West Virginia (the "Development").

8. On or about April 5, 2021, Plaintiff and WestRidge entered into a Commission Agreement whereby Plaintiff agreed to secure retail tenants and leases for the Development and, in exchange, WestRidge would pay Plaintiff a commission. *See Commission Agreement, attached hereto as **EXHIBIT A**.*

9. At the time of signing the Agreement, Plaintiff had secured and acquired signed leases from the following retail tenants for locations at the Development: Shoe Carnival, Ross Dress for Less, PetSmart, HomeGoods, and Burlington (the "Signed Tenants"). *Commission Agreement, ¶1, **EXHIBIT A**.*

10. Per the terms of the Commission Agreement, and the parties' further agreement, WestRidge agreed to pay Plaintiff a commission equal to $235,000. *Commission Agreement, ¶3, **EXHIBIT A***.

11. The First Installment payment of the commission equal to $117,500 was due within thirty (30) days of execution of the Agreement, or by May 5, 2021. *Commission Agreement, ¶3, **EXHIBIT A***.

12. A payment of $115,000, less than the total amount due, was received by the Plaintiff and on or around June 14, 2021. *Commission Agreement, ¶3, **EXHIBIT A***.

13. The Final Installment payment of the commission was due thirty days from the date when the last Signed Tenant opened for business to the public. *Commission Agreement, ¶3, **EXHIBIT A***.

14. At the latest, all Signed Tenants were open for business to the public in the Development by April 30, 2022.

15. The Final Installment payment became due and payable thirty days from the date when the last Signed Tenant opened for business, or by June 30, 2022, at the latest. *Commission Agreement, ¶3, **EXHIBIT A***.

16. Invoices for the remaining balance due of $117,500 were sent to WestRidge, but as of the date of this Complaint, the Final Installment payment of the commission owed to Plaintiff has not been made.

17. WestRidge further owes the sum of $2,500 with respect to the First Installment payment.

18. Because WestRidge has failed to pay, Plaintiff is entitled to all costs and expenses incurred in connection with its efforts to collect the past due amount, including attorneys' fees

and the costs associated with bringing this lawsuit. In addition, WestRidge is subject to a finance charge equal to 1.5% per month computed from the date on which the Commission payment was due. *Commission Agreement, ¶12,* **EXHIBIT A**.

## **COUNT I – BREACH OF CONTRACT**

19. Plaintiff incorporates all paragraphs of this Complaint by reference as if fully set forth here.

20. Defendant breached the Agreement by failing to pay $117,500 to Plaintiff on or before June 30, 2022, at least thirty (30) days after the last Signed Tenant opened for business. Defendant further owes $2,500 on the First Installment payment.

21. As a direct and proximate result of the acts of the acts alleged in this Complaint and specifically by Defendant's breach of contract, Plaintiff has suffered damages in the amount of $120,000 plus interest and costs of collection, including attorneys' fees.

**WHEREFORE** Plaintiff Interstate Realty Co. respectfully requests this Court issue an order granting the following relief:

a) Judgment in the amount of $120,000 for WestRidge's breach of the Commission Agreement; and

b) All fees, costs, and expenses due from WestRidge under the Commission Agreement and/or applicable law; and

c) Such other relief as this Court deems just and proper.


**In accordance with Federal Rule of Civil Procedure 38,
[ PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY ON ALL ISSUES. ]**

Respectfully submitted,
***Interstate Realty Co.***

*/s/ Holly S. Planinsic*
Holly S. Planinsic
W.Va. State Bar I.D. #6551
Jacquelyn J. Cowan
W.Va. State Bar I.D. #12972
HERNDON, MORTON, HERNDON & YAEGER
83 Edgington Lane
Wheeling, West Virginia 26003
Telephone: (304) 242-2300
Facsimile: (304) 243-0890
E-mail:  hplaninsic@hmhy.com
E-mail: jcwoan@hmhy.com
*Counsel for Plaintiff*

H0041097.1