AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of West Virginia

| | |
|---|---|
| INTERSTATE REALYTY CO., a Tennessee general partnership,<br>*Plaintiff*<br>v.<br>WESTRIDGE COMMONS DEVELOPMENT, LLC a West Virginia limited liability company,<br>*Defendant* | )<br>)<br>)  Civil Action No.  1:23-cv-10<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ other: Default judgment for a sum certain in favor of Plaintiff and against Defendant in the amount of $145,416.50 in damages, plus post-judgment interest pursuant to 28 U.S.C. § 1961.

This action was *(check one)*:

☒ decided by Judge   Thomas S. Kleeh

Date:   08/08/2023                                              *CLERK OF COURT*

                                                                  /s/S. Cole
                                                       *Signature of Clerk or Deputy Clerk*